NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10288 |
| Plaintiff-Appellee, | D.C. No. 4:17-cr-00027-RCC |
| v. | |
| JUAN ANTONIO GONZALEZ-VELASQUEZ, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Juan Antonio Gonzalez-Velasquez appeals from the district court's

judgment and challenges his guilty-plea conviction and 60-month sentence for

possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1)

and (b)(1)(D).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gonzalez-

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Velasquez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gonzalez-Velasquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gonzalez-Velasquez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**